**IN THE COURT OF APPEALS OF THE STATE OF IDAHO**

**Docket Nos. 43797/43798**

| | |
|---|---|
| **STATE OF IDAHO,** ) | **2016 Unpublished Opinion No. 620** |
| ) | |
| **Plaintiff-Respondent,** ) | **Filed: July 29, 2016** |
| ) | |
| v. ) | **Stephen W. Kenyon, Clerk** |
| ) | |
| **ADREN ELSWORTH LEWIS,** ) | **THIS IS AN UNPUBLISHED** |
| ) | **OPINION AND SHALL NOT** |
| **Defendant-Appellant.** ) | **BE CITED AS AUTHORITY** |
| ) | |

Appeal from the District Court of the Sixth Judicial District, State of Idaho, Bannock County. Hon. Robert C. Naftz, District Judge.

Judgment of conviction and unified sentence of ten years, with a minimum period of confinement of three years, for sex offender-fail to register change of address or name, and a unified sentence of five years, with a minimum period of confinement of three years, for aggravated assault, <u>affirmed</u>.

Eric D. Fredericksen, Interim State Appellate Public Defender; Brian R. Dickson, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Lori A. Fleming, Deputy Attorney General, Boise, for respondent.

---

Before MELANSON, Chief Judge; GRATTON, Judge;
and HUSKEY, Judge

---

PER CURIAM

Adren Elsworth Lewis pled guilty to one count of sex offender-fail to register change of address or name, Idaho Code § 18-8309, and one count of aggravated assault, I.C. § 18-901(b), -905(a). The district court imposed and executed a unified sentence of ten years, with three years determinate, for the failure to register, and a concurrent unified sentence of five years, with three years determinate, for the aggravated assault. Lewis appeals, contending that his sentence is excessive as the district court should have retained jurisdiction rather than executing the sentence.

1

Sentencing is a matter for the trial court's discretion. Both our standard of review and the factors to be considered in evaluating the reasonableness of the sentence are well established and need not be repeated here. *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App. 1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982). When reviewing the length of a sentence, we consider the defendant's entire sentence. *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007). Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion.

Therefore, Lewis's judgment of conviction and sentence are affirmed.